■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RONNIE SMITH, Appellant. [40 NYS3d 267]—Judgment, Supreme Court, Bronx County (Margaret Clancy, J.), rendered March 7, 2014, unanimously affirmed.

Although we do not find that defendant made a valid waiver of the right to appeal, we perceive no basis for reducing the sentence. Concur—Tom, J.P., Sweeny, Richter, Manzanet-Daniels and Webber, JJ.